RICE SILBEY REUTHER & SULLIVAN, LLP
3960 Howard Hughes Parkway – Suite 700
Las Vegas, Nevada 89169
Tel: (702) 697-6116   Fax: (702) 732-7110

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUIS ARMANDO BENITO, RAYMOND BISSAILLON, BEOP CHUON, NORMAN TATE, CARLOS PADILLA, VELASCO, ELENA WOODARD, STEVE AYRES, JAMES BAILEY, CESAR COVELLI SR., VALERIE DUNLAP, PERRY ESCOBAR, FIROUZEH FOROUZMAND, MARLEN GARCIA, ANTOINETTE GILL, ROBERT GRIEBEL DORINE HORVATH, LUCY LOU, MATTHEW MOORE, MARIA PARRA, MARK SANDERS, ANTHONY SUGGS, AND MICHAEL ZANG Does Plaintiffs 1-100, <br><br>Plaintiffs, <br><br>vs. <br><br>INDYMAC MORTGAGE SERVICES, a Division of ONEWEST BANK FSB and DOES I-X, inclusive; and ROE COMPANIES I-X, inclusive, <br><br>Defendants. | Case No. 2:09-CV-01218-PMP-PAL <br><br> **ORDER ON JOINT REPORT OF PARTIES' MEET AND CONFER RE PROPOSED ORDER FOR CLASS ACTION NOTICE** |

The Court having received the JOINT REPORT OF PARTIES' MEET AND CONFER RE PROPOSED ORDER FOR CLASS ACTION NOTICE jointly submitted by Plaintiffs and Defendant, and the Court otherwise being fully advised in the premises, it is hereby **ORDERED, ADJUDGED and DECREED**:

The parties having met and conferred in accordance with the Court's May 21, 2010 Order [DE 88] (the "Class Certification order") granting in part and denying in part Plaintiffs' Motion for Class Certification [DE 16], the Court concurs that pursuant to FRCP 23(c)(2)(A), notice to FRCP 23(b)(2) class members is unnecessary in this case, and the Class Certification Order is hereby modified to reflect this ruling.

**IT IS SO ORDERED.**

Dated this _5th day of August, 2010.

_____
DISTRICT JUDGE

Page 1 of 1